# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Edward John Marquet
Attorney at Law
Post Office Box 53733
Lafayette LA 70505-3733

John Franklin Breaux
Louisiana State Penitentiary DOC No. 580718
TU U/C 3
Angola LA 70712

**REHEARING ACTION: December 26, 2012**

**Docket Number: 12   00397-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JOHN FRANKLIN BREAUX**

**Appealed from Acadia Parish Case No. 76,255**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Franklin Breaux** has this day been

**DENIED.**

cc: Michael Harson, Counsel for the Appellee
    Roger P. Hamilton, Jr., Counsel for the Appellee